IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD R. HERSHIPS,<br><br>    Petitioner,<br><br>  v.<br><br>SANTA CLARA COUNTY,<br><br>    Respondent.<br>_____/ | No. C 12-80077 MISC (PR)<br><br>**ORDER DENYING PERMISSION TO FILE** |

    On September 6, 1984, Judge William H. Orrick of this District entered a pre-filing review order on petitions submitted by Petitioner Howard R. Herships, finding that Petitioner's repeated petitions raised substantially similar claims and thus constituted an abuse of the Court's processes. See Case No. C-84-5107 WHO, 9/6/84 Order. Petitioner has now filed a new Petition for Habeas Corpus, see dkt. 1, which consists of a completed form and a one-and-a-half page attachment that purports to explain why "The California Supreme Court decision dated March 10, 2011 was contrary to and an unreasonable application of" Supreme Court law. Id. at 6. The only detail Petitioner provides is that "the trial judge had at all times a financial interest with the alleged victim's foundation which was a denial of Due Process of Law." Id. at 7. In light of the lack of specificity provided, and because this claim appears to overlap considerably with a claim Petitioner raised in an earlier case, see C-09-4713 MMC, Order of Dismissal (dkt. 3) at 1(involving assertion that "the alleged victim

in the case had made substantial donations to the employer of Judge Pichon's spouse"), the Court has no basis to believe that ths instant Petition is any more meritorious than past petitions.

Accordingly, it is hereby ORDERED that the instant petition shall not be filed by the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: March 19, 2012

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE